THE HARTFORD ELECTRIC LIGHT COMPANY *v.* WATER RESOURCES COMMISSION ET AL.

The petition by Peter B. Cooper for leave to file a brief and to argue before this court as amicus curiae in the appeal from the Superior Court in Hartford County is denied. Practice Book § 714A.

*Peter B. Cooper,* in support of the petition.

Submitted February 16—decided February 23, 1971

STATE OF CONNECTICUT *v.* LAWRENCE TOWNSEND

A decision on the merits of the defendant's motion for a review of the order of the Superior Court in Fairfield County fixing bail is impossible. There is no finding. See *State* v. *Clark,* 160 Conn. 555, 274 A.2d 451.

*Michael P. Koskoff,* in support of the motion.

Submitted February 16—decided February 23, 1971

LESLIE VELARDI *v.* FRED SELWITZ ET AL.

The motion by the plaintiff to dismiss the appeals from the Court of Common Pleas in New Haven County is denied.

*Nathan A. Resnik,* for the appellee (plaintiff).

*Peter C. Dorsey,* for the appellant (named defendant).

*Roger M. Sullivan,* for the appellants (defendants Anderson and Rienzi).